# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADERA SUPERIOR COURT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:14-cv-01135-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

　　　　Plaintiff Lana Williams ("Plaintiff") filed a complaint on July 21, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED. Plaintiff's complaint will be screened pursuant to 28 U.S.C. §1915 in due course.

IT IS SO ORDERED.

　　Dated:　**July 24, 2014**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1